**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward LOPEZ, Defendant–Appellant.**

**No. 08–15836
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 10, 2009.

Edward Lopez, Bastrop, TX, pro se.

John Andrew Horn, U.S. Attorney's Office, Michael F. Smith, Atlanta, GA, for Plaintiff–Appellee.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Edward Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lopez's conviction and sentence are **AFFIRMED.**